IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK DENNIS ZURAWSKI | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| ROBERT L. DOUGLAS, in his capacity | : |
| as Neutral Referee of the Special Board | : |
| of Adjustment, et al. | : NO. 08cv5040 |

O R D E R

**AND NOW**, this _____ day of June, 2009, upon consideration of the Motion to Dismiss by Robert L. Douglas and Special Board of Adjustment 961 (Document No. 11), plaintiff's response and defendants' reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED**, the claims against defendants Douglas and the Board are **DISMISSED** and Robert L. Douglas and the Special Board of Adjustment 961 **ONLY** are **DISMISSED** as parties to this action.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge