IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK DENNIS ZURAWSKI, <br> Plaintiff, <br> v. <br> SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 2:08-cv-05040 |

**ORDER**

**AND NOW** on this 10th day of May, 2010, upon consideration of the motion to dismiss (Docket No. 55) of defendant, the Southeastern Pennsylvania Transportation Authority ("SEPTA"), plaintiff's opposition thereto, SEPTA's reply, and plaintiff's surreply thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff's Petition for Review in the Nature of a Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to mark this action closed for statistical purposes.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge